# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

`
146502-3


PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RAYMOND LOUIS HIGHERS,
      Defendant-Appellee.

SC: 146502
COA: 311865
Wayne CC: 87-006345-01-FC

_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

THOMAS ROBERT HIGHERS,
      Defendant-Appellee.

SC: 146503
COA: 311875
Wayne CC: 87-006345-02-FC

_____/

On order of the Court, the application for leave to appeal the November 20, 2012 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MCCORMACK, J., not participating because of her prior involvement as counsel for a party.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2013

_____
Clerk

s0402